FILED
SEP 1 7 2019
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

JON STERLING WILLIAMS,

Defendant.

Criminal No. 3:19CR55

Violation: 18 U.S.C. § 498

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Altered Army Discharge Certificate)

On or about the 24th day of January 2019, in Berkeley County, in the Northern District of West Virginia, the defendant, **JON STERLING WILLIAMS**, did use, unlawfully possess and exhibit a falsely altered certificate of discharge from the United States Army, which falsely claimed that the defendant, **JON STERLING WILLIAMS,** was awarded a Silver Star, two Purple Hearts, and two Bronze Stars, knowing the same to be falsely altered in violation of Title 18, United States Code, Section 498.

A True Bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
WILLIAM J. POWELL
United States Attorney

Jeffrey A. Finucane
Assistant United States Attorney